UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-82-1H

UNITED STATES OF AMERICA

v.

TREMAYNE ALLEN MCNEILL

**ORDER**

This matter having come before the Court on the motion of the Office of the Federal Public Defender to continue the SENTENCING of the Defendant, and for good cause shown, it is hereby ORDERED that the sentencing shall be continued until June 14, 2016 term in Greenville, North Carolina.

IT IS SO ORDERED.

This the 30th day of March 2016.

MALCOLM J. HOWARD
Senior United States District Judge